UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DELMAR EDWARD DEBOSE, | : | CASE NO.  21-57534-SMS |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for the Estate of | : | |
| Delmar Edward DeBose, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADV. PRO. NO. 21-05126-SMS |
| | : | |
| CHRIS AUGUSTE, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

This is to certify that, on December 16, 2021, I served copies of the *Summons* [Doc. No. 2] and *Complaint* [Doc No. 1] by both regular first class United States Mail and first class United States Mail, certified mail - return receipt requested as follows:

Mr. Chris Auguste
4274 Sir Dixon Dr
Fairburn, GA  30213

This 16th day of December, 2021.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
P: (404) 873-8500/ F: (404) 873-8501

17516147v1