UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DELMAR EDWARD DEBOSE, | : | CASE NO.  21-57534-SMS |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for the Estate of | : | |
| Delmar Edward DeBose, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADV. PRO. NO. 21-05126-SMS |
| | : | |
| CHRIS AUGUSTE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**REQUEST FOR ENTRY OF DEFAULT AGAINST
DEFENDANT CHRIS AUGUSTE**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Delmar Edward DeBose ("**Trustee**" or "**Plaintiff**"), Plaintiff herein, by and through undersigned counsel, and requests the entry of default against Defendant Chris Auguste ("**Mr. Auguste**") in the above-styled adversary proceeding under Rule 55 of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure.  As established by the attached unsworn declaration of counsel for Trustee, marked Exhibit "A," Mr. Auguste is in default in failing to file timely an answer to Trustee's *Complaint* [Doc. No. 1].  Under Rule 55 of the Federal Rules of Civil Procedure, Mr. Auguste's default must be entered by the clerk.

Respectfully submitted this 24th day of January, 2022.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:___*/s/ Michael J. Bargar*_____
        Michael J. Bargar
        Georgia Bar No. 645709
        michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
(404) 873-7031

17677495v1

# Exhibit "A"

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DELMAR EDWARD DEBOSE, | : | CASE NO.  21-57534-SMS |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for the Estate of | : | |
| Delmar Edward DeBose, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADV. PRO. NO. 21-05126-SMS |
| | : | |
| CHRIS AUGUSTE, | : | |
| | : | |
| Defendant. | : | |

## UNSWORN DECLARATION OF COUNSEL FOR TRUSTEE

1.      I am a partner of the law firm of Arnall Golden Gregory LLP, counsel of record for S. Gregory Hays ("**Trustee**") in the above-styled adversary proceeding (the "**Adversary Proceeding**").  I have personal knowledge of the facts set forth herein.

2.      Trustee commenced the Adversary Proceeding on December 14, 2021 by filing a *Complaint* [Doc. No. 1] (the "**Complaint**") against Defendant Chris Auguste ("**Mr. Auguste**").

3.      The Summons on the Mr. Auguste (the "**Summons**") was issued on December 15, 2021.  [Doc. No. 2].

4.      On December 16, 2021, Trustee, through counsel, served the Complaint and the Summons on Mr. Auguste.  *See* [Doc. No. 3].

*5.*     More specifically, on December 16, 2021, Trustee, through counsel, served Mr. Auguste via United States first class mail and certified mail, return receipt requested, by delivering copies of the Complaint and Summons to Mr. Auguste at 4274 Sir Dixon Dr, Fairburn, GA 30213. *See id.*

6.     Attached hereto and incorporated herein by reference as Exhibit "1" is a copy of the returned receipt card from the certified mail delivery of the Summons and Complaint along with tracking information from the USPS website.

7.     The envelope through which the Summons and Complaint were served by United States first class mail was not returned as undeliverable.

8.     Under Rule 7012 of the Federal Rules of Bankruptcy Procedure, the time for Mr. Auguste to serve a responsive pleading to the Complaint was 30 days after the date of the issuance of the Summons, or January 14, 2022.

9.     Mr. Auguste has not filed or served an answer in response to the Complaint [Doc. No. 1], whether in the main bankruptcy case or in the Adversary Proceeding, within the required time.

10.     Based on the facts known to me, Mr. Auguste is not incompetent, an infant, or engaged in active military service.

This unsworn declaration is made under Rule 7055 of the Federal Rules of Bankruptcy Procedure and Rule 55 of the Federal Rules of Civil Procedure incorporated thereby for purposes of obtaining entry of default against the defaulting Mr. Auguste.


[INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2022.

Michael J. Bargar
Georgia Bar No. 645709

**EXHIBIT "1" FOLLOWS**



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Chris Auguste
4274 Sir Dixon Dr
Fairburn, GA 30213

9590 9402 6339 0296 9383 52

2. Article Number (Transfer from service label)
7007 2680 0001 0153 4479

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

DEC 16 2021

Sent To
Mr. Chris Auguste
Street, Apt. No.; or PO Box No.
4274 Sir Dixon Dr
City, State, ZIP+4
Fairburn, GA 30213

PS Form 3800, August 2006    See Reverse for Instructions

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70072680000101534479



Remove ✕

Your item was delivered to an individual at the address at 11:45 am on December 18, 2021 in
FAIRBURN, GA 30213.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, Left with Individual

December 18, 2021 at 11:45 am
FAIRBURN, GA 30213

Feedback

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
| --- | --- |

---

| Tracking History | ⌄ |
| --- | --- |

---

| USPS Tracking Plus™ | ⌄ |
| --- | --- |

---

| Product Information | ⌄ |
| --- | --- |

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a true and correct copy of the foregoing REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CHRIS AUGUSTE by certified mail, return receipt requested, and/or by regular first class United States Mail, as indicated, in properly addressed envelopes with adequate postage affixed thereto to assure delivery on the following persons or entities at the addresses stated:

**First Class Mail**
**and Certified Mail**
Mr. Chris Auguste
4274 Sir Dixon Dr
Fairburn, GA  30213

Dated: January 24, 2022.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

17677495v1