**IT IS ORDERED as set forth below:**

**Date: January 25, 2023**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Case No.: |
| **DELMAR EDWARD DEBOSE**, | **21-57534-SMS** |
| Debtor. | Chapter 13 |
| **S. GREGORY HAYS CHAPTER 7 TRUSTEE FOR THE ESTATE OF DELMAR EDWARD DEBOSE** | Adversary Proceeding No.: **21-05126-SMS** |
| Plaintiff, | |
| v. | |
| **CHRIS AUGUSTE**, | |
| Defendant. | |

**ORDER AND NOTICE OF STATUS CONFERENCE**

The above-styled adversary proceeding is before the Court *sua sponte*. Plaintiff commenced the above-styled adversary proceeding on December 14, 2021. (Doc. 1). The Court

previously held a status conference on May 11, 2022, at which it was determined that the case would remain open to allow the Chapter 7 Trustee to pursue discussions with the Defendant. There has been no further action in this proceeding. Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Court will hold a status conference in this case on **Wednesday, May 3, 2023, at 10:15 a.m.** The Court will hold an initial telephonic hearing for announcements at **(833)-568-8864**, **Meeting ID 161 179 4270#**. Matters needing to be held further will be heard utilizing Judge Sigler's **Virtual Hearing Room**. See Judge Sigler's website located at **https://www.ganb.uscourts.gov/content/honorable-sage-m-sigler** for further instructions and to log into the Virtual Hearing Room as necessary.

**IT IS FURTHER ORDERED** that the status conference will be removed from the calendar if the parties file a status report or otherwise take action in the case not later than **three (3) business days** prior to the scheduled hearing.

**[END OF DOCUMENT]**

Distribution List

Michael J. Bargar
Attorney for S. Gregory Hays, Chapter 7 Trustee
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Chris Auguste
4274 Sir Dixon Dr
Fairburn, GA 30213

Philip William Lehman
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303